AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1335-1337 4th Street, NE**
**Washington, D.C. 20002**

**UNDER SEAL**

**SEARCH WARRANT**

CASE NUMBER: 05 - 0584M - 01

FILED
NOV 1 5 200
NANCY MAYER WHITTINGTON,
U.S. DISTRICT COURT

TO: __Lavinia A. Quigley__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective with the Metropolitan Police Department__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1335-1337 4th Street, NE, Washington, D.C. 20002, including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___14 NOV 2005___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 08 2005

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2005 | 11/10/2005  10:20 AM | NO ONE PRESENT LEFT ON PREMISES |

**INVENTORY MADE IN THE PRESENCE OF** SA MICHELLE MILLER, SA TRACY KNEISLER

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED LISTING



FILED
NOV 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me, this date.

[signature]
U.S. Judge or U.S. Magistrate Judge

11-15-05
Date

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

On (date) 11/10/2005
At (time) 1930
(Name) LAI WHOLESALE
(Location) 1335 4th Street, NE
Washington, DC

Item(s) listed below were:
Received From
Returned To
Released To
✓ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | business card, address book, cell phone |
| 2 | check #2132, check #4754 |
| 3 | video tape |
| 4 | 13 boxes with 259 Coach handbags |
| 5 | 5 boxes with 155 Burberry handbags |
| 6 | 7 boxes with 99 Coach wallets and 290 Coach handbags |
| 7 | 3 boxes with 156 Lacoste hats and 216 sports team hats and 144 Nike hats |
| 8 | 12 boxes with 267 Coach bags |
| 9 | 8 boxes of 81 Coach bags |
| 10 | 26 Burberry handbags |
| 11 | 24 dozen Northface Hats |
| 12 | 24 Hello Kitty wallets and 25 Fendi wallets and 3 Prada wallets |
| 13 | 54 kids hat/glove sets |
| 14 | 10 boxes of Gucci bags |
| 15 | 9 boxes, 311 Nike hats, 1092 sports hats |
| 16 | 13 boxes of 327 Coach bags |
| 17 | 5 boxes of 770 leather sport hats |
| 18 | 14 boxes of 2096 sports hats |
| 19 | 46 sports hats |
| 20 | 350 Assorted Kids' Hats |
| 21 | 9 boxes 626 Assorted sports hats |
| 22 | 6 boxes of sports hats, 1418 count |
| 23 | 1 box of Northface hats, 24 count |

| ITEM# | DESCRIPTION |
|---|---|
| 24 | 2 boxes Hello Kitty hat/gloves, 24 count |
| 25 | 2 boxes Polo backpacks, 24 count |
| 26 | 3 boxes Gucci bags, 80 count |
| 27 | 4 boxes Gucci handbags, 123 count |
| 28 | 2 boxes of Louis Vuitton bags, 20 count |
| 29 | 4 boxes assorted sports hats, 1050 count |
| 30 | 1 box Spiderman hats, 204 count |
| 31 | 1 box Hello Kitty hats, 98 count |
| 32 | 1 box Blues Clues hat/glove sets, 61 quantity |
| 33 | 1 box Spongebob hat/glove sets, 94 count |
| 34 | 1 box Dora The Explorer hat/glove sets, 78 count |
| 35 | 1 box misc. gloves, 238 count |
| 36 | 1 box Disney hat/glove sets, 96 count |
| 37 | Filing cabinet, contents from 4 drawers, including business records, tax records, invoices, financial records, etc. |
| 38 | 1 box assorted sports hats, 33 count |
| 39 | 4 boxes of Gucci, NY Yankee, Coach, Fubu, visors, 147 count |
| 40 | 4 boxes Spongebob and Winnie the Pooh earmuffs |
| 41 | 2 boxes of Get-R-Done hats, 36 count |
| 42 | 1 box of Gucci bags, 20 count |
| 43 | 6 boxes misc. gloves, hats, scarves, 374 count |
| 44 | 1 box of 12 Polo bags |
| 45 | 1 box of Coach bags, 20 count |
| 46 | 1 box of Nike bags, 36 count |
| 47 | 2 boxes of sports hats, 164 count |
| 48 | 2 boxes of Northface bags, 120 count |
| 49 | 2 boxes assorted sports hats, 216 count |
| 50 | 1 box Coach handbags, 26 count |
| 51 | 1 box of Burberry bags, 14 count |
| 52 | 4 boxes of Hello Kitty hat/glove sets, 48 count |

| ITEM# | DESCRIPTION |
|---|---|
| 53 | 3 boxes of Dora the Explorer hat/glove sets, 190 count |
| 54 | 1 Prada wallet |
| 55 | 1 box of Northface hats, 60 count |
| 56 | Section 2 Wall 2 |
| 57 | 1 box Nike hats, 8 count, and 1 Adidas hat |
| 58 | 1 box Fendi bags, 4 count |
| 59 | 1 box of Prada wallets, 4 count |
| 60 | 1 box of Dora the Explorer fleece blankets, 24 count |
| 61 | 1 box Gucci bags, 22 count |
| 62 | 1 box of 180 Red Ski and 18 Northface hats |
| 63 | 1 box Polo backpacks, 12 count |
| 64 | 1 box Coach purses, 13 count |
| 65 | 1 box 68 knit caps |
| 66 | 1 box of Barbie earmuff/glove sets, 12 count |
| 67 | 1 box of Dora the Explorer earmuff/hat sets |
| 68 | 1 box of 8 various handbags, 2 Gucci bag straps, and 4 Coach wallets |
| 69 | 1 box of Polo bags, 10 count |
| 70 | 1 box of 319 Gucci wallets and purses |
| 71 | 1 box of Nickelodeon hats, gloves, and ear muffs, 138 count |
| 72 | 1 box Disney hats, 49 count |
| 73 | 2 boxes of financial records |
| 74 | 1 box of 9 VCR tapes |
| 75 | 1 Mickey Mouse keychain, 2 Mickey Mouse pens, 29 Coach wallets, 2 Coach purses, 1 Gucci wallet, 4 sports hats, 1 Dora hat |
| 76 | 17 Burberry hats, 12 Louis Vuitton wallets, 3 Fendi wallets, 2 Burberry wallets, 1 Burberry purse, 1 Coach hat, 3 Coach purses, 1 Starwars |